**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Zachary T. FREY, Defendant–
Appellant.**

**No. 11–15996.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 12, 2012.

Lennard B. Register, III, Robert G. Davies, Randall Joseph Hensel, Edwin F. Knight, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Zachary T. Frey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Frey's conviction and sentence are **AFFIRMED.**